| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____ District of  Delaware |
| (State) |
| Case number (If known): _____  Chapter 11 |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  
   National Stores, Inc.

2. **All other names debtor used in the last 8 years**  
   d/b/a Fallas Peredes  
   Include any assumed names, trade names, and *doing business as* names  
   f/k/a National Discount Stores, Inc.

3. **Debtor's federal Employer Identification Number (EIN)**  
   9 5 – 2 1 5 4 8 7 4

4. **Debtor's address**

   **Principal place of business**  
   15001 South Figueroa Street  
   Number  Street

   Gardena, CA 90248  
   City  State  ZIP Code

   Los Angeles County  
   County

   **Mailing address, if different from principal place of business**  
   _____  
   Number  Street

   _____  
   P.O. Box

   _____  
   City  State  ZIP Code

   **Location of principal assets, if different from principal place of business**  
   _____  
   Number  Street

   _____  
   City  State  ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **National Stores, Inc.**  Case number (if known) _____
          Name

7. **Describe debtor's business**

   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*
   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   __4481__ __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*
   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When _____  Case number _____
                                         MM / DD / YYYY
              District _____  When _____  Case number _____
                                         MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes.  Debtor  __See appendix_____  Relationship _____
             District _____  When _____
                                                            MM / DD / YYYY
             Case number, if known _____

Official Form 201             Voluntary Petition for Non-Individuals Filing for Bankruptcy             page **2**

Debtor  **National Stores, Inc.**   Case number (if known) _____
Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number   Street

_____
City            State   ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  National Stores, Inc.                            Case number (if known) _____
        Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8 / 6 / 2018
             MM / DD / YYYY

X _/s/ Curt Kroll_____          Curt Kroll
Signature of authorized representative of debtor   Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

X _/s/ Peter J. Keane_____   Date  8/6/2018
Signature of attorney for debtor                       MM / DD / YYYY

Peter J. Keane
Printed name

Pachulski Stang Ziehl & Jones LLP
Firm name

919 North Market Street, 17th Floor
Number   Street

Wilmington                                 DE        19801
City                                       State     ZIP Code

(302) 652-4100                             pkeane@pszjlaw.com
Contact phone                              Email address

5503                                       DE
Bar number                                 State

## Appendix

### Affiliate Filings

On the date hereof, each of the affiliated entities listed below, including the debtor in the Chapter 11 case to which this Appendix is attached (collectively, the "Debtors"), filed a petition in this Court for relief under Chapter 11 of Title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the number assigned to the Chapter 11 case of *In re J & M Sales Inc.*

- J & M Sales Inc.
- National Stores, Inc.
- J&M Sales of Texas, LLC
- FP Stores, Inc.
- Southern Island Stores, LLC
- Southern Island Retail Stores LLC
- Caribbean Island Stores, LLC
- Pazzo FNB Corp.
- Fallas Stores Holdings, Inc.
- Pazzo Management LLC

# NATIONAL STORES, INC.

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS

### Dated: As of August 5, 2018

The undersigned, being all the members of the Board of Directors (the "**Board of Directors**") of National Stores, Inc., a California corporation (the "**Corporation**"), do hereby consent and agree to the following recitals and resolutions pursuant to the California Corporations Code:

### A. BANKRUPTCY PROCEEDINGS

WHEREAS, the Board of Directors reviewed the materials presented by the management and the financial and legal advisers of the Corporation regarding the liabilities and liquidity situation of the Corporation, the strategic alternatives available to the Corporation, and the impact of the foregoing on the Corporation's businesses; and

WHEREAS, the Board of Directors has had the opportunity to consult with the management and the financial and legal advisers of the Corporation and fully consider each of the strategic alternatives available to the Corporation.

I. **Voluntary Petition Under the Provisions of Chapter 11 of Title 11 of the United States Code.**

NOW, THEREFORE, BE IT RESOLVED THAT: In the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation, its creditors, stockholders, and other parties in interest, that the Corporation file or cause to be filed voluntary petitions for relief under the provisions of chapter 11 of title 11 of the United States Code on or before August 6, 2018;

BE IT FURTHER RESOLVED THAT: Each of the Chief Restructuring Officer, Chief Executive Officer, President, Chief Financial Officer, Treasurer, and such other officers as may be designated by the Chief Executive Officer or President (collectively, the "**Authorized Officers**"), acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered to execute and file on behalf of the Corporation all petitions, schedules, lists and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief;

BE IT FURTHER RESOLVED THAT: Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the law firm of Katten Muchin Rosenman LLP as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Katten Muchin Rosenman LLP;

BE IT FURTHER RESOLVED THAT: Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the law firm of Pachulski Stang Ziehl & Jones LLP as general bankruptcy co-counsel to represent and assist the Corporation in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Pachulski Stang Ziehl & Jones LLP;

BE IT FURTHER RESOLVED THAT: Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the firm of Retail Consulting Services, Inc. d/b/a RCS Real Estate Advisors as real estate advisors to represent and assist the Corporation in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate

application for authority to retain the services of Retail Consulting Services, Inc. d/b/a RCS Real Estate Advisors;

BE IT FURTHER RESOLVED THAT: Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ Imperial Capital, LLC as investment banker for the Corporation to assist the Corporation in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Imperial Capital, LLC;

BE IT FURTHER RESOLVED THAT: Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the firm of Prime Clerk LLC as notice and claims agent and as administrative agent to represent and assist the Corporation in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed appropriate applications for authority to retain the services of Prime Clerk LLC;

BE IT FURTHER RESOLVED THAT: Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the firm of SierraConstellation Partners, LLC, and designate Curt Kroll, as chief restructuring officer of the Debtors, and to assist the Corporation in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed

appropriate applications for authority to retain the services of SierraConstellation Partners, LLC and Curt Kroll; and

BE IT FURTHER RESOLVED THAT: Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under title 11 of the United States Code; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

II. **Senior Secured Debtor In Possession Credit Agreement.**

BE IT FURTHER RESOLVED THAT: The form, terms, and provisions of the Debtor-In-Possession Credit Agreement (the "**DIP Credit Agreement**"), dated on or about August 5, 2018, by and among the Company and its co-debtor affiliates, each as debtors and debtors-in-possession in cases pending under chapter 11 of the Bankruptcy Code, Encina Business Credit, LLC, as administrative and collateral agent (the "**Agent**") for the lenders party thereto (collectively, the "**Lenders**"), and the other parties thereto, and each other Loan Document (as defined in the DIP Credit Agreement), and the Corporation's performance of its obligations under the DIP Credit Agreement and the other Loan Documents be, and hereby are, in all respects, approved; and further resolved, that the form, terms and provisions of each of the instruments and documents ancillary to the DIP Credit Agreement and the other Loan Documents (together, with the DIP Credit Agreement and the other Loan Documents, the "**DIP Loan Documents**"), are hereby in all respects approved, and the Authorized Officers, acting alone or with one or more other Authorized Officers be, and hereby is, authorized and empowered to execute and deliver the DIP Credit Agreement, and each of the other DIP Loan Documents, in the name and on behalf of the Corporation under its corporate seal or otherwise, substantially in the forms reviewed by one or more Authorized Officers, with such changes therein and modifications and amendments thereto as any Authorized Officer or Officers may in his, her or their sole discretion approve, which approval shall be conclusively evidenced by his, her, or their execution thereof;

BE IT FURTHER RESOLVED THAT: The Board of Directors hereby authorizes the Corporation to grant and/or reaffirm liens and security interests in and to all of the Corporation's assets of whatever kind in favor of the Agent as collateral to secure the Obligations (as defined in the DIP Credit Agreement) and the Pre-Petition Obligations (as defined in the DIP Credit Agreement), and the Board of Directors hereby authorizes the Agent to file any financing statements (including financing statements describing the collateral as "all assets," "all personal property" or with words of similar import), assignments for security or other documents in the name of the Corporation as may be necessary or desirable to perfect the security interests granted to the Agent or the Lenders in the DIP Loan Documents or the "Loan Documents" as defined in the Pre-Petition Credit Agreement (as such term is defined in the DIP Credit Agreement);

BE IT FURTHER RESOLVED THAT: In the judgment of the Board of Directors, it is in the best interest of the Corporation and its equityholders and in pursuit of its corporate purposes as an integral part of the business conducted and proposed to be conducted by the Corporation and its debtor affiliates to make the guaranties provided for in the DIP Credit Agreement and the other Loan Documents, and that doing so is necessary and convenient (i) in connection with the conduct of the business conducted and proposed to be conducted by the Corporation and (ii) to induce the Agent and the other Lenders to enter into the DIP Credit Agreement and the other Loan Documents and to extend credit thereunder;

BE IT FURTHER RESOLVED THAT: The Board of Directors hereby authorizes the Corporation to guarantee the Obligations (as defined in the DIP Credit Agreement), as contemplated in the DIP Credit Agreement and the other Loan Documents;

BE IT FURTHER RESOLVED THAT: Each of the Authorized Officers be, and hereby is, authorized and empowered to take all such further actions including, without limitation, to pay all fees and expenses, in accordance with the terms of the DIP Loan Documents, to arrange for and enter into supplemental agreements, amendments, instruments, certificates, or documents relating to the transactions contemplated by the DIP Loan Documents and to execute and deliver all such supplemental agreements, amendments, instruments, certificates, or documents in the name and on behalf of the Corporation under its corporate seal or otherwise, which shall in their sole judgment be necessary, proper or advisable in order to perform the Corporation's

obligations under or in connection with the DIP Loan Documents and the transactions contemplated therein, and to carry out fully the intent of the foregoing resolutions;

BE IT FURTHER RESOLVED THAT: Each of the Authorized Officers be, and hereby is, authorized and empowered to execute and deliver any amendments, restatements, supplements, modifications, renewals, replacements, consolidations, substitutions and extensions of the DIP Loan Documents which shall in their sole judgment be necessary, proper or advisable; and

BE IT FURTHER RESOLVED THAT: All acts and actions taken by the Authorized Officers prior to the date hereof with respect to the transactions contemplated by the DIP Loan Documents be, and hereby are, in all respects confirmed, approved, and ratified.

### B. **FURTHER ACTIONS AND PRIOR ACTIONS**

BE IT RESOLVED THAT: Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered for, in the name of and on behalf of the Corporation to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

BE IT RESOLVED THAT: All acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

*[Signature Page Follows]*

**IN WITNESS WHEREOF,** the undersigned has executed and delivered this Written Consent of the Board of Directors in lieu of meeting as of the date first written above.

_____
Michael Fallas
*Director*

[Signature Page of Written Consent of Board of Directors of National Stores, Inc.]

| Fill in this information to identify the case: |
|---|
| Debtor name   National Stores, Inc. |
| United States Bankruptcy Court for the  District of Delaware |
| Case number (if known): _____ |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                         12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Armouth International Inc. | 18 W 33RD STREET 5TH FL NEW YORK, NY 10001 Attn: Charles Armouth Levy Email: charlie@armouth.com P: (212) 695-7700 | Trade | | | | $15,639,826.10 |
| 2 | One Step Up Ltd. | 1412 BROADWAY 3RD FL NEW YORK, NY 10018 Attn: Harry Adjmi Email: hadjmi@onestepup.com P: (212) 398-1110 | Trade | | | | $10,328,228.69 |
| 3 | Louise Paris Ltd. | 1350 BROADWAY NEW YORK, NY 10018 Attn: Abert Barnathan and Solomon Barnathan Email: abarnathan@aol.com; solomon@louiseparis.com P: (212) 354-5411 | Trade | | | | $3,979,895.16 |
| 4 | Seven Apparel | 347 5th AVENUE #201 NEW YORK, NY 10016 Attn: Issac Kassin Email: isaacm@nptrd.com P: (212) 481-4844 ext. 211 | Trade | | | | $3,905,520.10 |
| 5 | Multitex Limited | 918 CHEUNG SHA WAN RD. 9/F ANGEL TOWER KOWLOON, HONG KONG Attn: Vijay Mohinani Email: vijay@masonglobal.com | Trade | | | | $3,836,825.60 |
| 6 | China Fortune LLC | 401 C OLD MILL ROAD CARTERSVILLE, GA 30120 Attn: Christina Yang Email: Christina.yang@chinafortunellc.com | Trade | | | | $3,462,719.51 |
| 7 | J.B. Hunt Transport Inc. | FILE 98545 LOS ANGELES, CA 90074-8545 Attn: Mena Botros Email: mena.botros@jbhunt.com P: (973) 325-6045 | Trade | | | | $3,441,717.91 |

Debtor  National Stores, Inc.        Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | Children's Apparel Network (Trend) | 77 SOUTH FIRST STREET ELIZABETH, NJ 07206-1501 Attn: Nathan Shalom Email: nathan@childapp.com P: (212) 244-6023 | Trade | | | | $3,371,271.86 |
| 9 | Trendset Originals LLC | 1407 BROADWAY, 5TH FLOOR NEW YORK, NY 10018 Attn: Albert Chehebar and JJ Gabay Email: Albertc@skiva.com; jj@skiva.com P: (212) 736-9520 | Trade | | | | $3,036,247.40 |
| 10 | Ascendance Apparels LLC | 2600 W OLIVE AVE BURBANK, CA 91505 Attn: Mahesh Harwani and Lokesh Harwani Email: maheshh@ascendanceapparels.com; lokeshh@asianmarl.tw | Trade | | | | $2,754,802.20 |
| 11 | Oceanic Trading Company | 1006 ELEVENTH AVENUE NEPTUNE, NJ 07753-5174 Attn: Neil Saada Email: neil@oceanictradingco.com P: (800) 942-2139 | Trade | | | | $2,748,006.94 |
| 12 | Lorency & Co. | 1384 BROADWAY, SUITE 801 NEW YORK, NY 10018 Attn: Sonny Kafif Email: sonny@lorency.com P: (212) 868-1380 | Trade | | | | $2,586,249.09 |
| 13 | Basicline Inter Ltd. | RAMA IMPEX, INC. 7664 SAN FERNANDO ROAD UNIT 11 SUN VALLEY, CA 91352 Attn: Rajesh Mirpuri Email: rashesh@basicline.com.hk P: +011 (852) 3552-5500 | Trade | | | | $2,486,082.78 |
| 14 | S & L Home Fashions | 5601 DOWNEY RD. VERNON, CA 90058 Attn: Bhart Manwani Email: bmanwani@slhomefashions.com P: (323) 587-0800 | Trade | | | | $2,442,896.20 |
| 15 | Fishman & Tobin Inc. | 4000 CHEMICAL ROAD SUITE 500 PLYMOUTH MEETING, PA 19462-1708 Attn: Steven Pinkow Email: stevenpinkow@globalgrandsgroup.com P: (646) 745-3559 | Trade | | | | $2,430,085.49 |
| 16 | Metro Exports | 206-208 NEW EAST OCEAN CENTRE 9 SCIENCE MUSEUM ROAD T.S.T., KOWLOON Attn: Pishu Mirani Email: pishu@metroexp.com | Trade | | | | $2,313,864.42 |
| 17 | Bhama International Inc. | 7764 SAN FERNANDO ROAD UNIT 11 SUN VALLEY, CA 91352 Attn: Rajesh Mirpuri Email: rajesh@basicline.com.hk P: +011 (852) 3552-5500 | Trade | | | | $2,265,797.46 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims    page 2

Debtor  National Stores, Inc.    Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | Julius Young Hosiery Inc. | 38-60 BLANCHARD STREET NEWARK, NJ 07105-4702 Attn: Joseph Hirsch Email: Joseph@juliusyoung.com P: (212) 594-1683 | Trade | | | | $2,226,809.42 |
| 19 | Kidz Concepts | 1412 BROADWAY, 3RD FL NEW YORK, NY 10018 Attn: Harry Adjmi Email: hajmi@onestepup.com P: (212) 398-1110 | Trade | | | | $2,218,451.02 |
| 20 | Tuff Cookies | 112 WEST 34TH STREET NEW YORK, NY 10001 Attn: Saul Kredi Email: Saul@tuffcookies.com P: (212) 967-4430 | Trade | | | | $2,202,067.14 |
| 21 | 3 WEIII Trading Company Limited | FLAT A2,10/F,BLOCK A PROFISIENT INDUSTRIAL CENTRE 6 WANG KWUN ROAD KOWLOON BAY Attn: Lester Jang Email: lesterjang@yahoo.com P: +011 (852) 6028-3711 | Trade | | | | $1,980,542.85 |
| 22 | PEM-American (H.K.) Company Limited | FLAT 1907,19TH FLOOR GREAT EAGLE CENTRE 23 HARBOUR ROAD WANCHAI Attn: Wang Ji Email: pemam314@outlook.com P: (516) 713-7925 | Trade | | | | $1,862,850.08 |
| 23 | Four Seasons Apparel Inc. | 16180 ORNELAS ST IRWINDALE, CA 91706 Attn: Ali Safawi and Lydia Coronado Email: asafawi@fourseasonsapparel.net lcoronado@fourseasonsapparel.net P: (626) 334-4446 ext. 204 | Trade | | | | $1,802,885.00 |
| 24 | North Point Trading Inc. | 347 5TH AVENUE, 2ND FL NEW YORK, NY 10016 Attn: Daniel Srour Email: daneilj@nptrd.com P: (212) 481-4844 ext. 211 | Trade | | | | $1,310,505.65 |
| 25 | Global Accessories Manufacturing Co. | FLAT A1 10/F BLOCK A PROFECIENT NO. 6 KOWLOON BAY Attn: Lester Jang lesterjang@yahoo.com P: +011 (852) 6028-3711 | Trade | | | | $1,268,417.43 |
| 26 | Ridhi Sidhi Enterprises LLC | 262 W 38TH STREET SUITE #506 NEW YORK, NY 10018 Attn: Rajesh Email: ridhisidhi402@gmail.com P: (571) 277-3231 | Trade | | | | $1,256,009.73 |
| 27 | American Retro | 2601 SEQUOIA DR. SOUTH GATE, CA 90280 Attn: Tony Paz Email: tony@caoffprice.com P: (213) 591-0855 | Trade | | | | $1,218,518.64 |

Debtor  National Stores, Inc.          Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 28 Hot Chocolate, Inc. | 1100 WEST WALNUT ST. COMPTON, CA 90220 Attn: John Dovoudzadeh Email: hotchocolateinc@yahoo.com P: (323) 233-6500 | Trade | | | | $1,161,940.25 |
| 29 Estex Home Fashions/Dynamite Dec | 1019 EAST 46TH STREET BROOKLYN, NY 11203-6515 Attn: Jack Imir Email: jack@estexhome.com P: (212) 532-5005 | Trade | | | | $1,103,274.96 |
| 30 Idea Nuova Inc. | 302 5TH AVE, 5TH FL NEW YORK, NY 10001 Attn: Isaac Ades Email: isaac@ideanuova.com P: (212) 643-0680 | Trade | | | | $1,093,836.70 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------x
                                                   :
In re                                              :    Chapter 11
                                                   :
NATIONAL STORES, INC.,                             :    Case No. 18-_____ (___)
                                                   :
        Debtor.                                    :
                                                   :
---------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), no corporations, other than a governmental unity, directly or indirectly own 10% or more of any class of the above-captioned Debtor's equity interests.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :
In re                                                    :    Chapter 11
                                                         :
NATIONAL STORES, INC.,                                   :    Case No. 18-_____ (___)
                                                         :
         Debtors.                                        :
                                                         :
---------------------------------------------------------x

### LIST OF EQUITY SECURITY HOLDERS

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the following is the list of holders of any class of the above-captioned Debtor's equity interests.

| Equity Holder | Address of Equity Holder | % Ownership |
|---|---|---|
| Michael Fallas | 15001 South Figueroa St., Gardena, CA 90248 | 98% |
| Ilanit Fallas | 15001 South Figueroa St., Gardena, CA 90248 | 2% |

**Fill in this information to identify the case and this filing:**

Debtor Name __National Stores, Inc._____

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration __1007(a)(1) Corporate Ownership Statement; 1007(a)(3) List of Equity Security Holders; Creditor Matrix__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8/6/2018__    X _/s/ Curt Kroll_____
MM / DD / YYYY                Signature of individual signing on behalf of debtor

Curt Kroll
Printed name

Chief Restructuring Officer
Position or relationship to debtor