# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>National Stores, Inc.<br><br>            Debtors, | Chapter 11<br><br>Case No. 18-11802 (LSS) |

## REQUEST FOR SPECIAL NOTICE AND REQUEST FOR INCLUSION IN COURTESY NOTIFICATION OF ELECTRONIC FILINGS

**PLEASE TAKE NOTICE** that SulmeyerKupetz, A Professional Corporation, parties in interest in the above-captioned chapter 11 bankruptcy cases, hereby request, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 4001, 6006, 9007 and 9013, and 11 U.S.C. §§ 102(1), 342 and 1109(b), that all notices given or required to be given in this case, and all pleadings and other papers served or required to be served in this case be served upon the following:.

       Victor A. Sahn, Esq.
       Jeffrey M. Pomerance, Esq.
       SulmeyerKupetz
       A Professional Corporation
       333 South Hope Street, Thirty-Fifth Floor
       Los Angeles, California 90071-1406
       Telephone: 213.626.2311
       Facsimile: 213.629.4520
       Email: vsahn@sulmeyerlaw.com
              jpomerance@sulmeyerlaw.com

      This Request for Special Notice includes the notices and papers referred to in Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, among others, and also includes, without

limitation, notices of any orders, applications, complaints, demands, hearings, motions petitions, pleadings or requests, or any other document brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, facsimile or otherwise.

This request also includes courtesy notification delivered via the Court's Case Management/Electronic Filing (CM/ECF) system as a Notice of Electronic Filing (NEF).

DATED: August 6, 2018              **Sulmeyer**Kupetz
                                                            A Professional Corporation

By:  */s/Victor A. Sahn*
      Victor A. Sahn

MRV\ 2630456.1